IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **VALERIA BURNETT,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv253-MHT |
| | ) | (WO) |
| **AT&T,** | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the motion to file amended complaint (doc. no. 24) is granted. The court assumes that the non-movant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 8th day of October, 2014.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**