IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VALERIA BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv253-MHT |
| | ) | (WO) |
| AT&T MOBILITY SERVICES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 45), it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with costs taxed as paid.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2015.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE